1  RICHARD C. SINCLAIR #068238

2  ATTORNEY AT LAW

3  PO BOX 1628

4  OAKDALE, CA. 95361

5  209-847-8788 TEL

6  209-847-7077 FAX

7  rsinclairlaw@msn.com

8  Attorney for Plaintiff Van Upp

9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTICT OF CLAIFORNIA

12                      SAN FRANCISCO DIVISION

13  ARDEN VAN UPP.                        /

14              Plaintiff,               /   District Court NO. C-10-02559 SI

15                                       /   **STIPULATION TO CONTINUE**

16  v.                                   /   **CASE MANAGEMENT**

17                                       /   **CONFERENCE TO** NOVEMBER  2

18  DAVID BRADLOW                        /   Date:  October 1, 2010

19              Defendant               /   Time:  9:00 am

20                                       /   Place: Courtroom 10, Fed bldg. 19th fl

21  _____/   450 Golden Gate Ave, SF

22                                           Judge:  The Hon. Susan Illston

23

24          Counsel for Plaintiff, Richard C. Sinclair and Counsel for Defendant,  Jeffrey C.

25  Wurms of Wendel, Rosen, Black & Dean, LLP  hereby stipulate and request the court to

26  continue the initial case management conference from its scheduled October 1, 2010 date

1  at 2:30 pm until November 2, 2010, at 9: 00 am to be held concurrently with the

2  Defendant's Motion to Dismiss, scheduled for that day and time.  Good cause is shown

3  for the efficient use of the Court's and counsel's time by consolidating hearings.  Joint

4  Case Management Statement shall be due 7 days before the hearing.

5                                          // RICHARD C. SINCLAIR

6  Respectfully Submitted      Date: 9-23-10

7                                          WENDEL, ROSEN, BLACK & DEAN LLP

8  Respectfully Submitted      Date: 9/23/10            /s/ Jeffrey C. Wurms

9                                          Jeffrey C. Wurms
                                           Attorney for David A. Bradlow,
                                           Trustee

11  SO ORDERED            DATE: SEPTEMBER _____ 2010

15  JUDGE OF THE US DISTRICT COURT