```
1  RICHARD C. SINCLAIR #068238
2  ATTORNEY AT LAW
3  PO BOX 1628                    The cmc will be held at 2:30 p.m.
4  OAKDALE, CA. 95361
5  209-847-8788 TEL
6  209-847-7077 FAX
7  rsinclairlaw@msn.com
8  Attorney for Plaintiff Van Upp
9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTICT OF CLAIFORNIA

SAN FRANCISCO DIVISION

| ARDEN VAN UPP. | / | |
|---|---|---|
| Plaintiff, | / | District Court NO. C-10-02559 SI |
| | / | **STIPULATION TO CONTINUE** |
| v. | / | **CASE MANAGEMENT** |
| | / | **CONFERENCE TO** NOVEMBER 2 |
| DAVID BRADLOW | / | Date: October 1, 2010 |
| Defendant | / | Time: 9:00 am |
| | / | Place: Courtroom 10, Fed bldg. 19th fl |
| _____ | / | 450 Golden Gate Ave, SF |
| | | Judge: The Hon. Susan Illston |

   Counsel for Plaintiff, Richard C. Sinclair and Counsel for Defendant, Jeffrey C. Wurms of Wendel, Rosen, Black & Dean, LLP hereby stipulate and request the court to continue the initial case management conference from its scheduled October 1, 2010 date

at 2:30 pm until November 2, 2010, at 9: 00 am to be held concurrently with the Defendant's Motion to Dismiss, scheduled for that day and time. Good cause is shown for the efficient use of the Court's and counsel's time by consolidating hearings. Joint Case Management Statement shall be due 7 days before the hearing.

// RICHARD C. SINCLAIR

Respectfully Submitted    Date: 9-23-10

WENDEL, ROSEN, BLACK & DEAN LLP

Respectfully Submitted    Date: 9/23/10    /s/ Jeffrey C. Wurms
Jeffrey C. Wurms
Attorney for David A. Bradlow, Trustee

SO ORDERED    DATE: SEPTEMBER ____ 2010

_____

JUDGE OF THE US DISTRICT COURT