IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARDEN VAN UPP,

    Plaintiff,

v.

DAVID BRADLOW,

    Defendant.

No. C 10-02559 SI

**JUDGMENT**

This action is dismissed for lack of jurisdiction. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: October 26, 2010

SUSAN ILLSTON
United States District Judge